No. **CR-08 00169** E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

*vs.*

PAUL WAYNE FIFFY

# INDICTMENT

**COUNT ONE**: 18 U.S.C., Section 2250(a) - FAILURE TO REGISTER AS A SEX OFFENDER

*A true bill.*

_____
Foreperson

*Filed in open court this* 19Th *day of* March

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ NO BAIL WARRANT
RS

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11
12 | UNITED STATES OF AMERICA,        ) CR 08 00169
13 |        Plaintiff,                ) VIOLATIONS: 18 U.S.C. § 2250(a) –
                                      ) Failure to Register as a Sex Offender
14 |   v.                             )
                                      ) SAN JOSE VENUE
15 |                                  )
   PAUL WAYNE FIFFY,                  )
16                                    )
          Defendant.                  )
17 |_____    )

18                            I N D I C T M E N T

19 The Grand Jury charges:

20 COUNT ONE: (18 U.S.C. § 2250(a) – Failure to Register as a Sex Offender)

21      On a date unknown to the grand jury, but after Mach 1, 2007, and before April 30, 2007,

22 both dates being inclusive, the defendant,

23                            PAUL WAYNE FIFFY,

24 being a person required by the Sex Offender Registration and Notification Act to register as a

25 sex offender, did travel in interstate commerce, and then knowingly failed to register and update

26 //

27 //

28

INDICTMENT

1  a registration as required by said Act, in violation of Title 18, United States Code, Section
2  2250(a).
3
4  DATED: 3/19/08                          A TRUE BILL.
5
6                                          /FOREPERSON
7  JOSEPH P. RUSSIONELLO
   United States Attorney
8
9
10 MATTHEW A. PARRELLA
   Chief, San Jose Office
11
12 (Approved as to form: _____)
                          AUSA Gary G. Fry
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
                                   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. § 2250(a) - Failure to Register as a Sex Offender

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ PAUL WAYNE FIFFY

DISTRICT COURT NUMBER

**CR - 08 00169 JW**

*Filed MAR 1 9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE RS*

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

*E-FILING*

---

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEPUTY UNITED STATES MARSHALL TIMOTHY SHOBAR

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    GARY G. FRY

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: