JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00169 JW |
|     Plaintiff ) | **UNITED STATES' MOTION TO DISMISS** |
|        v. ) | |
| PAUL WAYNE FIFFY, ) | |
|     Defendant ) | |

     COMES NOW THE UNITED STATES OF AMERICA, plaintiff herein, and files its motion to dismiss all charges in the above captioned case.

     After indictment in this case, the United States Attorney's Office became aware that Mr. Fiffy was prosecuted for the same offense by the District Attorney's Office for the County of Santa Cruz, and convicted. Pursuant to long standing policy of the U.S. Department of Justice (the "Petite Policy") and Fed R. Crim. P. 48(a), we move to dismiss all charges.

Date: April 17, 2008                     Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

_____
GARY G. FRY
Assistant United States Attorney