UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00169 JW |
| Plaintiff ) | **ORDER OF THE COURT GRANTING UNITED STATES' MOTION TO DISMISS** |
| v. ) | |
| PAUL WAYNE FIFFY ) | |
| Defendant ) | |

On motion of the United States, made pursuant to Fed. R. Crim.P. 48(a), and without objection from the defendant, the court ORDERS that all charges in the indictment of this matter are dismissed.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE RICHARD SEEBORG
United States Magistrate Judge